```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  RUSSELL L. CARLBERG
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone:  (916) 554-2748
 5
 6
 7              IN THE UNITED STATES DISTRICT COURT FOR THE
 8                    EASTERN DISTRICT OF CALIFORNIA
 9
    UNITED STATES OF AMERICA     )     CR NO. S-07-0483 LKK
10                               )
                Plaintiff,       )     ORDER CONTINUING STATUS
11                               )     CONFERENCE AND FINDING
         v.                      )     EXCLUDABLE TIME
12                               )
    DARENCE LAMONT JORDAN,       )
13   aka "D";                    )
    TRAVIS DAVIS, and            )
14  AIMEE LEE COX                )
                                 )
15              Defendant.       )
    _____)
16
```

17    This matter came on regularly for Status Conference on
18 September 16, 2008, in the courtroom of the Honorable Lawrence K.
19 Karlton.  Jan David Karowsky appeared on behalf of defendant,
20 Darence Lamont Jordan, who was personally present.  Daniel Clymo
21 appeared on behalf of defendant, Travis Davis, who was personally
22 present.  John Manning appeared for defendant Aimee Lee Cox, who was
23 personally present.  Assistant U.S. Attorney Russell L. Carlberg
24 appeared on behalf of the United States.
25    Upon motion of the defendants, the Court continued the next
26 status conference in this case to October 21, 2008 at 9:15 a.m.  The
27 government has provided hundreds of pages of discovery to the
28 defendants, along with audio and video recordings which will need to

1 be reviewed by defense counsel.  The continuance is necessary for
2 counsel adequately to review the discovery provided by the
3 government, go over the discovery with their clients and to conduct
4 further investigation in the case.  Thus, the requested continuance
5 is for effective and diligent preparation of counsel.
6      The Court finds that the interests of justice served by
7 granting this continuance outweigh the best interests of the
8 public and the defendant in a speedy trial, 18 U.S.C. §§ 3161
9 (h)(8)(B)(iv) (local code T-4) and time, therefore, will be excluded
10 from September 16, 2008 through October 21, 2008.
11 DATE: September 19, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT