McGREGOR W. SCOTT
United States Attorney
RUSSELL L. CARLBERG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2748

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR NO. S-07-0483 LKK |
| | ) | |
| Plaintiff, | ) | ORDER CONTINUING STATUS |
| | ) | CONFERENCE AND FINDING |
| v. | ) | EXCLUDABLE TIME |
| | ) | |
| | ) | |
| TRAVIS DAVIS, and | ) | |
| AIMEE LEE COX | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter came on regularly for Status Conference on October 21, 2008, in the courtroom of the Honorable Lawrence K. Karlton. John R. Manning appeared on behalf of defendant Aimee Lee Cox, who was personally present.  Shari Rusk appeared on behalf of defendant Travis Davis, who was personally present.  Assistant U.S. Attorney Russell L. Carlberg appeared on behalf of the United States.

Upon motion of defendant Cox, the Court set a change-of-plea hearing as to defendant Cox for November 4, 2008 at 9:15 a.m.  Upon motion of defendant Davis, the court continued the next status conference in this case to December 16, 2008 at 9:15 a.m.

The government has provided hundreds of pages of discovery to the defendants, along with audio and video recordings which will

need to be reviewed by defense counsel.  The respective continuances above are necessary for counsel adequately to review the discovery provided by the government, go over the discovery with their clients and to conduct further investigation in the case.  Moreover, Ms. Rusk just substituted in as counsel for defendant Davis and requires time to prepare.  Mr. Manning requires time to review the proposed plea agreement with defendant Cox.  Thus, the requested continuance is for effective and diligent preparation of counsel.

The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial, 18 U.S.C. §§ 3161(h)(8)(B)(iv) (local code T-4) and time, therefore, will be excluded as to Ms. Cox from October 21, 2008 through November 4, 2008, and as to Mr. Davis from October 21, 2008 through December 16, 2008.

DATE: October 22, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT