
Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | Case No.: CR.S. 07-483 LKK |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | Court: Hon. Judge Lawrence K. Karlton |
| | Time: 9:15 a.m. |
| Travis Davis, | Date: February 3, 2009 |
| Defendant | |

Defendant Travis Davis is charged in an eighteen count indictment, along with five co-defendants alleging multiple violations of 21 U.S.C. §§s 841(a)(1) & § 846 - Distribution and Conspiracy to Distribute Cocaine; Methamphetamine; Crack and Possession of Cocaine with Intent to Distribute; and Manufacture of Marijuana. Mr. Davis is charged in counts two, seventeen and eighteen. A status conference was previously set for December 16, 2008. The parties are involved in defense investigation, as well as negotiations and all parties request that the current status conference be continued to February 3, 2009 at 9:15 a.m., and that date is available with the Court.

The parties agree that time should be excluded under 18 U.S.C. § 3161(h)(8)(i) for defense preparation and under local code T4.

-1-

Dated: December 11, 2008            Respectfully submitted,


                                    __/s/ Shari Rusk___
                                    Shari Rusk
                                    Attorney for Defendant
                                    Travis Davis


                                     /s/ Russell Carlberg
                                    Russell Carlberg
                                    Assistant United States Attorney



**ORDER**


    IT IS SO ORDERED.  The Court finds excludable time through February 3, 2009, based on Local Code T4, giving counsel reasonable time to prepare.

DATED: December 11, 2008

                            _____
                            LAWRENCE K. KARLTON
                            SENIOR JUDGE
                            UNITED STATES DISTRICT COURT

-2-