Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| United States of America, | ) Case No.: CR.S. 07-483 LKK |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE ) STATUS CONFERENCE |
| vs. | ) Court: Hon. Judge Lawrence K. ) Karlton |
| Travis Davis, | ) Time:  9:15 a.m. ) Date:  March 24, 2009 |
| Defendant | |

Defendant Travis Davis is charged in an eighteen count indictment, along with five co-defendants alleging multiple violations of 21 U.S.C. §§s 841(a)(1) & § 846 – Distribution and Conspiracy to Distribute Cocaine; Methamphetamine; Crack and Possession of Cocaine with Intent to Distribute; and Manufacture of Marijuana.  Mr. Davis is charged in counts two, seventeen and eighteen. A status conference was previously set for February 6, 2009.  The parties are involved in defense investigation, as well as negotiations and all parties request that the current status conference be continued to March 24, 2009, and that date is available with the Court.

The parties agree that time should be excluded under 18 U.S.C. § 3161(h)(8)(i) for defense preparation and under local code T4.

Dated: February 2, 2009          Respectfully submitted,


                                 __/s/ Shari Rusk___
                                 Shari Rusk
                                 Attorney for Defendant
                                 Travis Davis


                                  /s/ Russell Carlberg
                                 Russell Carlberg
                                 Assistant United States Attorney



**ORDER**


    IT IS SO ORDERED.  The Court finds excludable time through March 24, 2009, based on Local Code T4, giving counsel reasonable time to prepare.

DATED: February 5, 2009

                                 _____
                                 LAWRENCE K. KARLTON
                                 SENIOR JUDGE
                                 UNITED STATES DISTRICT COURT