Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | ) Case No.: CR.S. 07-483 LKK |
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE |
| vs. | ) STATUS CONFERENCE |
| | ) Court: Hon. Judge Lawrence K. Karlton |
| Travis Davis, | ) Time: 9:15 a.m. |
| Defendant | ) Date: April 14, 2009 |

Defendant Travis Davis is charged in an eighteen count indictment, along with five co-defendants alleging multiple violations of 21 U.S.C. §§s 841(a)(1) & § 846 – Distribution and Conspiracy to Distribute Cocaine; Methamphetamine; Crack and Possession of Cocaine with Intent to Distribute; and Manufacture of Marijuana. Mr. Davis is charged in counts two, seventeen and eighteen. A status conference was previously set for March 24, 2009. The parties are involved in defense investigation, as well as negotiations and all parties request that the current status conference be continued to April 14, 2009, if that date is available with the Court.

The parties agree that time should be excluded under 18 U.S.C. § 3161(h)(8)(i) for defense preparation and under local code T4.

Dated: March 22, 2009    Respectfully submitted,


   /s/ Shari Rusk
Shari Rusk
Attorney for Defendant
Travis Davis


 /s/ Russell Carlberg
Russell Carlberg
Assistant United States Attorney


**ORDER**

IT IS SO ORDERED. The Court finds excludable time through April 14, 2009, based on Local Code T4, giving counsel reasonable time to prepare.

DATED: March 23, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT