Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | ) Case No.: CR.S. 07-483 LKK |
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | ) Court: Hon. Judge Lawrence K. Karlton |
| Travis Davis, | ) Time: 9:15 a.m. |
| Defendant | ) Date: May 19, 2009 |

Defendant Travis Davis is charged in an eighteen count indictment, along with five co-defendants alleging multiple violations of 21 U.S.C. §§s 841(a)(1) & § 846 – Distribution and Conspiracy to Distribute Cocaine; Methamphetamine; Crack and Possession of Cocaine with Intent to Distribute; and Manufacture of Marijuana. Mr. Davis is charged in counts two, seventeen and eighteen. A status conference was previously set for April 14, 2009. The parties are involved in defense investigation, as well as negotiations and Mr. Davis has recently been given a plea offer. All parties request that the current status conference be continued to May 19, 2009, if that date is available with the Court.

The parties agree that time should be excluded under 18 U.S.C. § 3161(h)(8)(i) for defense preparation and under local code T4.

-1-

Dated: April 13, 2009          Respectfully submitted,


                               __/s/ Shari Rusk___
                               Shari Rusk
                               Attorney for Defendant
                               Travis Davis


                                /s/ Russell Carlberg
                               Russell Carlberg
                               Assistant United States Attorney


**ORDER**


   IT IS SO ORDERED.  The Court finds excludable time through May 19, 2009, based on Local Code T4, giving counsel reasonable time to prepare.

DATED: April 13, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT