Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | Case No.: CR.S. 07-483 LKK |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | Court: Hon. Judge Lawrence K. Karlton |
| Travis Davis, | Time: 9:15 a.m. |
| Defendant | Date: Augutst 4, 2009 |

Defendant Travis Davis is charged in an eighteen count indictment, along with five co-defendants alleging multiple violations of 21 U.S.C. §§s 841(a)(1) & § 846 – Distribution and Conspiracy to Distribute Cocaine; Methamphetamine; Crack and Possession of Cocaine with Intent to Distribute; and Manufacture of Marijuana. Mr. Davis is charged in counts two, seventeen and eighteen. A status conference was previously set for May 19, 2009. The parties are involved in defense investigation, as well as negotiations and Mr. Davis has recently been given a plea offer far in excess of the ten year mandatory minimum. Mr. Davis was just moved to Butte County jail, requiring several hours round trip for counsel to see him. All parties request that the current status conference be continued to August 8, 2009, and that date is available with the Court.

-1-

The parties agree that time should be excluded under 18 U.S.C. § 3161(h)(8)(i) for defense preparation and under local code T4.

Dated: May 14, 2009          Respectfully submitted,


                __/s/ Shari Rusk___
                Shari Rusk
                Attorney for Defendant
                Travis Davis


                /s/ Russell Carlberg
                Russell Carlberg
                Assistant United States Attorney


**ORDER**


IT IS SO ORDERED.  The Court finds excludable time through August 4, 2009, based on Local Code T4, giving counsel reasonable time to prepare.

DATED: May 15, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT