```
Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| United States of America, | ) Case No.: CR.S. 07-483 LKK |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE<br>) STATUS CONFERENCE |
| vs. | ) Court:  Hon. Judge Lawrence K. Karlton<br>) Time:   9:15 a.m. |
| Travis Davis, | ) Date:   August 18, 2009 |
| Defendant | |

Defendant Travis Davis is charged in an eighteen count indictment, along with five co-defendants alleging multiple violations of 21 U.S.C. §§s 841(a)(1) & § 846 – Distribution and Conspiracy to Distribute Cocaine; Methamphetamine; Crack and Possession of Cocaine with Intent to Distribute; and Manufacture of Marijuana.  Mr. Davis is charged in counts two, seventeen and eighteen. A status conference was previously set for August 4, 2009.  The parties are involved in defense investigation, as well as negotiations and Mr. Davis has recently been given a plea offer far in excess of the ten year mandatory minimum. Mr. Davis was just moved to Butte County jail, requiring several hours round trip for counsel to see him.  All parties request that the current status conference be continued to August 18, 2009, if that date is available with the Court.

The parties agree that time should be excluded under 18 U.S.C. § 3161(h)(8)(i) for defense preparation and under local code T4.

Dated: July 28, 2009          Respectfully submitted,


            __/s/ Shari Rusk___
            Shari Rusk
            Attorney for Defendant
            Travis Davis


            /s/ Russell Carlberg
            Russell Carlberg
            Assistant United States Attorney


**ORDER**

IT IS SO ORDERED.  The status conference is continued to August 18, 2009 at 9:15 a.m. The Court finds excludable time through August 18, 2009, based on Local Code T4, giving counsel reasonable time to prepare.

DATED: July 29, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

-2-