BENJAMIN B. WAGNER
United States Attorney
RUSSELL L. CARLBERG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2748

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR NO. S-07-0483 LKK |
|  | ) |  |
| Plaintiff, | ) | ORDER CONTINUING STATUS |
|  | ) | CONFERENCE AND FINDING |
| v. | ) | EXCLUDABLE TIME |
|  | ) |  |
| TRAVIS DAVIS, | ) |  |
|  | ) |  |
| Defendant. | ) |  |
| _____ | ) |  |

    This matter came on regularly for Status Conference on November 3, 2009, in the courtroom of the Honorable Lawrence K. Karlton. Shari Rusk appeared on behalf of defendant Travis Davis, who was personally present.  Assistant U.S. Attorney Russell L. Carlberg appeared on behalf of the United States.

    Upon motion of defendant Davis, the court re-set a change-of-plea hearing in this case for November 17, 2009 at 9:15 a.m.

    According to defense counsel, the government has provided a plea offer to defendant Davis.  Ms. Rusk previously asked for time between August 18 and November 3 to allow the U.S. Probation Office to prepare a pre-plea pre-sentence report ("pre-plea PSR"). Ms. Rusk just received the pre-plea and needed more time to prepare and to

1

consider disposition of the case. Moreover, the government has provided hundreds of pages of discovery to the defendant, along with audio and video recordings.  This material may need to be re-reviewed by defense counsel in light of Probation's pre-plea PSR. Thus, the requested continuance is for effective and diligent preparation of counsel.

The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial, 18 U.S.C. §§ 3161 (h)(8)(B)(iv) (local code T-4) and time, therefore, will be excluded as to Mr. Davis from November 3, 2009 through November 17, 2009.

DATE: November 12, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT