Shari Rusk, Bar No. 170313
Attorney at Law
P.O. Box 189945
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| United States of America,<br><br>       Plaintiff,<br><br>  vs.<br><br>Travis Davis,<br><br>       Defendant | ) Case No.: CR.S. 07-483 LKK<br>)<br>) STIPULATION AND ORDER TO CONTINUE<br>) STATUS CONFERENCE<br>)<br>) Court:  Hon. Judge Lawrence K. K<br>) Karlton<br>) Time:   9:15 a.m.<br>) Date:   July 27, 2010<br>) |
|---|---|

    Defendant Travis Davis pled guilty to counts two, seventeen and eighteen of an eighteen count indictment, in violation of 21 U.S.C. §§s 841(a)(1) & § 846 – Distribution and Conspiracy to Distribute Crack and Possession of Cocaine with Intent to Distribute.  Probation has determined that Mr. Davis is a career offender.  One of the predicate offenses probation relies on is a twenty year old assault. Absent this offense, Mr. Davis would be a criminal history category IV (at worst) and an offense level 29.  He would be facing a sentence of 121 months at the bottom of the guidelines, instead of a sentence of 262 months at the bottom of the career offender guideline. Mr. Davis's investigator is travelling to Fairfield to attempt to locate records on this offense, which may ultimately not be considered a crime of violence.  The consequences for Mr. Davis sentence are stark.

The parties agree that his sentencing should be continued from May 11, 2010 to July 27, 2010 to give the defense time to locate records and interview witnesses.

Dated: May 5, 2010			Respectfully submitted,


				__/s/ Shari Rusk___
				Shari Rusk
				Attorney for Defendant
				Travis Davis


				 /s/ Russell Carlberg
				Russell Carlberg
				Assistant United States Attorney


**ORDER**

IT IS SO ORDERED.  Judgment and Sentencing in this matter is continued to July 27, 2010.

DATED: May 11, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT