UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
DEC 9 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
v. ) CR NO: S-07-483 LKK
)
TRAVIS DAVIS )

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum    ☐ Ad Testificandum.

Name of Detainee:    **TRAVIS DAVIS**

Detained at (custodian):    FCI Phoenix

Detainee is:  a.)  ☒ charged in this district by:
☒ Indictment    ☐ Information    ☐ Complaint
Charging Detainee With: **distribution of cocaine base (crack), in violation of Title 21, United States Code, Section 841**.

or  b.)  ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:  a.)  ☐ return to the custody of detaining facility upon termination of proceedings
or  b.)  ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary forthwith in the Eastern District of California.*

Signature: _____
Printed Name & Phone No: **Russell L. Carlberg, Tel. No. 916-554-2748**
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum    ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *forthwith*, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dec 8, 2011
Date

_____
Kendall J. Newman
United States Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | | Male ☒ | Female ☐ |
| Booking or CDC #: | Reg. # 17430-097 ; CDC# J38994 | DOB: | 12/26/1969 |
| Facility Address: | 37910 N. 45th Ave | Race: | Black |
| | Phoenix, AZ 85086 | FBI #: | 750938KA9 |
| Facility Phone: | (623) 465-9757 | | |
| Currently Incarcerated For: | Distribution of Cocaine Base | | |

**RETURN OF SERVICE**

Executed on _____ by _____    _____
(Signature)

Form Crim-48    Revised 11/19/97