Shari Rusk, Bar No. 170313
Attorney at Law
P.O. Box 189945
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | Case No.: CR. S-07-483 LKK |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE SENTENCING |
| vs. | Court: Hon. Judge Lawrence K. Karlton |
| | Time:  9:15 a.m. |
| | Date:  June 5, 2012 |
| Travis Davis, | |
| Defendant. | |

Defendant Travis Davis was sentenced to a term of 180 months imprisonment. The matter has been remanded to the District Court for re-sentencing in accordance with the changes in the mandatory minimum sentences for crack cocaine. Mr. Davis's ten year mandatory minimum is now a five year mandatory minimum. The probation office has a provided a new draft report that the defense will be responding to. The parties request the following schedule:

    May 8, 2012       Informal Objections

    May 15, 2012      Disclosure of Pre-sentence Report

    May 29, 2012      Sentencing Memorandum

    June 5, 2012       Judgment & Sentencing

1   The parties request that the previously scheduled date for
2 judgment and sentencing of April 10, 2012 be continued to June 5, 2012
3 and that date is available with the Court.

Dated: March 19, 2012          Respectfully submitted,


                                __/s/ Shari Rusk___
                                Shari Rusk
                                Attorney for Defendant
                                Travis Davis


                                 /s/ Russell Carlberg
                                Russell Carlberg
                                Assistant United States Attorney


**ORDER**

   IT IS SO ORDERED.  Judgment and Sentencing in this matter is
continued to June 5, 2012.

DATED: March 20, 2012

                                _____
                                LAWRENCE K. KARLTON
                                SENIOR JUDGE
                                UNITED STATES DISTRICT COURT