```
Shari Rusk, Bar No. 170313
Attorney at Law
P.O. Box 189945
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | Case No.: CR. S-07-483 LKK |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE SENTENCING |
| vs. | Court: Hon. Judge Lawrence K. Karlton |
| | Time:   9:15 a.m. |
| | Date:   June 26, 2012 |
| Travis Davis, | |
| Defendant. | |

Defendant Travis Davis was sentenced to a term of 180 months imprisonment. The matter has been remanded to the District Court for re-sentencing in accordance with the changes in the mandatory minimum sentences for crack cocaine. Mr. Davis's ten year mandatory minimum is now a five year mandatory minimum. The probation office has a provided a new draft report that the defense will be responding to. The parties request the following schedule:

        June 19, 2012        Sentencing Memorandum

        June 5, 2012        Judgment & Sentencing

The parties request that the previously scheduled date for judgment and sentencing of June 5, 2012 be continued to June 26, 2012 and that date is available with the Court.

Dated: May 30, 2012          Respectfully submitted,


                                      __/s/ Shari Rusk___
                                      Shari Rusk
                                      Attorney for Defendant
                                      Travis Davis


                                      /s/ Russell Carlberg
                                      Russell Carlberg
                                      Assistant United States Attorney


**ORDER**


    IT IS SO ORDERED.  Judgment and Sentencing in this matter is continued to June 26, 2012, at 9:15 AM.

DATED: May 31, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT