Shari Rusk, Bar No. 170313
Attorney at Law
P.O. Box 189945
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| United States of America, | ) Case No.: CR.S. 07-483 LKK |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE SENTENCING |
| vs. | ) Court:  Hon. Judge Lawrence K. Karlton |
| Travis Davis, | ) Time:   9:15 a.m. |
| Defendant. | ) Date:   July 10, 2012 |

Defendant Travis Davis was sentenced to a term of 180 months imprisonment.  The matter has been remanded to the District Court for re-sentencing in accordance with the changes in the mandatory minimum sentences for crack cocaine.  Mr. Davis's ten year mandatory minimum is now a five year mandatory minimum.  The probation office has a provided a new draft report that the defense will be responding to. The parties request the following schedule:

       July 3 2012      Sentencing Memorandum

       July 10, 2012      Judgment & Sentencing

The parties request that the previously scheduled date for judgment and sentencing of June 26, 2012 be continued to July 10, 2012 and that date is available with the Court.

Dated: June 25, 2012          Respectfully submitted,


                                   __/s/ Shari Rusk___
                                   Shari Rusk
                                   Attorney for Defendant
                                   Travis Davis


                                    /s/ Russell Carlberg
                                   Russell Carlberg
                                   Assistant United States Attorney



**ORDER**


    IT IS SO ORDERED.  Judgment and Sentencing in this matter is continued to July 10, 2012 at 9:15AM.

DATED: June 25, 2012

                                   _____
                                   LAWRENCE K. KARLTON
                                   SENIOR JUDGE
                                   UNITED STATES DISTRICT COURT