Shari Rusk, Bar No. 170313
Attorney at Law
P.O. Box 189945
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| United States of America, | ) Case No.: CR.S. 07-483 LKK |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE ) SENTENCING |
| vs. | ) Court:  Hon. Judge Lawrence K. ) Karlton |
| Travis Davis, | ) Time:   9:15 a.m. ) Date:   August 7, 2012 |
| Defendant. | ) |

Defendant Travis Davis was sentenced to a term of 180 months imprisonment.  The matter has been remanded to the District Court for re-sentencing in accordance with the changes in the mandatory minimum sentences for crack cocaine.  Mr. Davis's ten year mandatory minimum is now a five year mandatory minimum.  The probation office has a provided a new draft report that the defense will be responding to. The parties request the following schedule:

   July 31, 2012   Sentencing Memorandum

   August 7, 2012   Judgment & Sentencing

The parties request that the previously scheduled date for judgment and sentencing of July 10, 2012 be continued to August 7, 2012 and that date is available with the Court.

Dated: July 2, 2012          Respectfully submitted,


                              __/s/ Shari Rusk___
                              Shari Rusk
                              Attorney for Defendant
                              Travis Davis


                              _/s/ Russell Carlberg_
                              Russell Carlberg
                              Assistant United States Attorney



**ORDER**


    IT IS SO ORDERED.  Judgment and Sentencing in this matter is continued to August 7, 2012.

DATED: July 5, 2012

                              _____
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT